HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TULALIP TRIBES OF WASHINGTON,<br><br>       Plaintiff,<br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>       Defendants. | CASE NO. C12-688RAJ<br><br>ORDER |

This matter comes before the court on the stipulated motion to strike the mediation requirement. Dkt. # 36. On January 7, 2013, the court granted the parties request to extend the mediation deadline to February 13, 2013 pursuant to the parties' request. The court also struck the trial date and related pre-trial deadlines pending the court's ruling on all outstanding motions. Rather than strike the mediation requirement all together, the court believes that such mediation may be beneficial following the court's ruling on the pending motions. Accordingly, upon resolution of all the pending motions, the court will enter an amended case schedule with new pre-trial dates, including a new mediation deadline. The parties need not conduct mediation before that time. The Clerk is DIRECTED to terminate the stipulated motion. Dkt. # 36.

ORDER- 1

1  Dated this 30th day of January, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2